NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KARI CHIN,                                          )
                                                   )
                Appellant,                         )
                                                   )
v.                                                 )        Case No.   2D18-8
                                                   )
STATE BOARD OF ADMINISTRATION, )
                                                   )
                Appellee.                          )
_____)

Opinion filed April 24, 2019.

Appeal from the State Board of
Administration.

Melissa A. Giasi of Giasi Law, P.A.,
Tampa, for Appellant.

Ruth Ann Smith, Assistant General
Counsel, Tallahassee; and Brandice
D. Dickerson of Pennington, P.A.,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


LaROSE, C.J., and MORRIS and SLEET, JJ., Concur.